# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTA ORLANDO JORDAN,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>LINDA McGREW, Warden,<br><br>　　　　Respondent.<br>_____ | Case No. ED CV 13-1408 R (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: _April 11, 2014_　　　　　　_____
　　　　　　　　　　　　　　　　　HON. MANUEL L. REAL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE